# Exhibit 2





Batch: 53679
Ship: 7/13/2016
Women's Small
AA-White
Orca
XB01GQUNO10A
P2811992

UGAR IS SWE
EMONS ARE TA
OVE YO